# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| CARLOS JOHN WILLIAMS, )<br>*Plaintiff* )<br>v. )<br>)<br>)<br>JOHN AVERY, et al )<br>*Defendant* | Civil Action No. 13-CV-00268-RMP |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  the Complaint is DISMISSED WITHOUT PREJUDICE.


This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for


Date:  December 5, 2013

*CLERK OF COURT*

SEAN F. McAVOY

s/ Sheila Parpolia
*(By) Deputy Clerk*

Sheila Parpolia